IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01702-WYD-MJW

HANNAH SHELBY STAUFFER,
JASMINE STAUFFER,
KIDS CAMPS,
STAUFFER SCHOOLS, INC.,
DEBORA LOSAVIO, and
JOHN STAUFFER

Plaintiffs,

v.

JOLENE BLAIR,
DANIEL KAUP,
KAREN E. HAYES, D.O.,
A WOMAN'S PLACE OF FORT COLLINS, P.L.L.P.,
PETER DUSBABEK,
TODD VRIESMAN,
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, L.L.P.,
J. BRADFORD MARCH III,
MARCH, OLIVE & PHARRIS, L.L.P.,
CHERYL TRINE,
CHERYL TRINE LAW FIRM, LLC,
CHRISTINE SKORBERG, and
A WOMAN'S HEALING CENTER, LLC,

Defendants.

## RECOMMENDATION TO DISMISS CASE

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order Referring Case (Docket No. 4) issued by Chief Judge Wiley Y. Daniel on July 5, 2012.

On September 4, 2012, the court held a status conference in this matter. Plaintiffs John Stauffer and Debora Losavio appeared at the hearing. The court has

2

reviewed the court's file in this matter, as well as in 11-cv-02389-WYD-MJW, the previous case filed by Mr. Stauffer. In addition, the court has considered the applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and recommendation.

In the 11-cv-02389-WYD-MJW matter, this court entered a recommendation (Docket No. 91) on April 24, 2012 recommending dismissal of the matter based on the Rooker-Feldman doctrine. Chief Judge Daniel affirmed and adopted the recommendation (Docket No. 126) on August 8, 2012. Final Judgment in 11-cv-02389-WYD-MJW (Docket No. 130) was entered on August 20, 2012.

At the September 4, 2012 status conference, the court inquired on the record as to how the present case differs from 11-cv-02389-WYD-MJW. Mr. Stauffer responded to the court's inquiry by stating on the record that "the two cases were the same." A review of this case as compared to the 11-cv-02389-WYD-MJW case confirms Mr. Stauffer's assessment. In addition, the court informed Mr. Stauffer during the status conference of the potentially groundless and frivolous nature of Mr. Stauffer's actions, and the possibility of sanctions under Rule 11.

Accordingly, the court finds that this matter should be dismissed for the same reasons outlined in the court's recommendation (Docket No. 91) in 11-cv-02389-WYD-MJW, which I incorporate by reference. In addition, dismissal is appropriate under the doctrine of res judicata.

**WHEREFORE,** for the foregoing reasons, it is hereby

**RECOMMENDED** that plaintiffs' complaint be dismissed *sua sponte*, and final

3

judgment enter dismissing this action and all claims therein with prejudice.

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives de novo review of the recommendation by the District Judge, Thomas v. Arn, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colo. Dep't of Corr., 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Date: September 4, 2012           s/ Michael J. Watanabe
      Denver, Colorado            Michael J. Watanabe
                                  United States Magistrate Judge