IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01702-WYD-MJW

HANNAH SHELBY STAUFFER (minor child);
JASMINE STAUFFER (minor child;
KIDS CAMPS,
STAUFFER SCHOOLS, INC.;
DEBORA LOSAVIO (as trustee); and
JOHN STAUFFER (as trustee),

     Plaintiffs,

v.

JOLENE BLAIR (former Larimer County District Court Judge);
DANIEL KAUP (current Larimer County District Court Judge);
KAREN E. HAYES, D.O.;
A WOMAN'S PLACE OF FORT COLLINS, P.L.L.P.;
PETER DUSBABEK;
TODD VRIESMAN;
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, L.L.P.;
J. BRADFORD MARCH, III;
MARCH, OLIVE, & PHARRIS, L.L.P.;
CHERYL TRINE;
CHERYL TRINE LAW FIRM, LLC;
CHRISTINE SKORBERG; and
A WOMAN'S HEALING CENTER, LLC,

     Defendants.

_____

FINAL JUDGMENT

_____

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on

Recommendation to Dismiss Case, filed on November 13, 2012, by the Honorable

Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by

reference as if fully set forth, it is

ORDERED that the Recommendation to Dismiss Case (ECF Doc. No. 14) is affirmed and adopted.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, Jolene Blair; Daniel Kaup; Karen E. Hayes, D.O.; A Woman's Place of Fort Collins, P.L.L.P.; Peter Dusbabek; Todd Vriesman; Montgomery, Kolodny, Amatuzio & Dusbabek, L.L.P.; J. Bradford March, III; March, Olive, & Pharris, L.L.P.; Cheryl Trine; Cheryl Trine Law Firm, L.L.C.; Christine Skorberg; and A Woman's Healing Center, L.L.C., and against Plaintiffs, Hannah Shelby Stauffer; Jasmine Stauffer; Kids Camps; Stauffer Schools, Inc.; Debora Losavio, on the Recommendation to Dismiss Case.  It is further

ORDERED that plaintiffs' complaint and action are dismissed with prejudice.


DATED at Denver, Colorado this 14th day of November, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk